UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

KIMBERLY CHRISTIAN,

Plaintiff,

-against-

THE CULINARY INSTITUTE OF AMERICA, and RIVERVIEW LANDSCAPE HOLDINGS, LLC,

Defendants.

26-cv-4711 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Defendants the Culinary Institute of America and Riverview Landscape Holdings LLC have filed an Answer, dated September 28, 2026, (ECF No. 3), to Plaintiff Kimberly Christian's Complaint, dated June 4, 2026. (ECF No. 1.) The Court therefore waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by October 20, 2026. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Victoria Reznik for general pretrial purposes. The parties are directed to contact Judge Reznik within seven (7) business days after the date of the Order of Reference to schedule a conference.

Dated: September 29, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge